# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

In re *Ruth Miles Vaccaro*  
   *aka Ruth Miles Mayo*

Case No.  
Chapter 7

_____ / Debtor

Attorney for Debtor: *Barbara R. McEntyre*

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *10/12/2005*

*/s/ Ruth Miles Vaccaro*  
Debtor

American Express
P O  Box 0001
Los Angeles  CA  90096-0001


Bank of America
P O  Box 60069
City of Industry  CA  91716-0069


Bank of America
P O  Box 53138
Phoenix  AZ  85072-3138


Bank of America
P O  Box 53137
Phoenix  AZ  85072-3137


Chase
P O  Box 94014
Palantine  IL  60094-4014


Citibank
P O  Box 6405
The Lakes  NV  88901-6405


Mary Halbert  Esq
633 Fifth Ave
San  Rafael  CA  94901

Timothy Harning
137 Mono
Fairfax  CA  94930


Bill Hopkins
618 Calle Juarez
San Clemente  CA  92673


Jean Hopkins
46141 Hwy  74
Palm Desert  CA  92260


HSBC Select Credit
P O  Box 80053
Salinas  CA  93912


NCO Financial Systems  inc
1804 Washington Blvd
Mailstop 450  Dept 03
Baltimore  MD  21230


Washington Mutual
P O  Box 3139
Milwaukee  WI  53201-3139


WFS Financial
P O  Box 25341
Santa Ana  CA  92799-5341

Williams  Cohen and Gray  Inc
8300 Bissonnet #640
Houston  TX  77074

Williams  Cohen and Gray  Inc
8300 Bissonnet  #640
Houston  TX  77074