EDWARD J. TREDINNICK (#84033)
GREENE RADOVSKY MALONEY & SHARE LLP
Four Embarcadero Center, Suite 4000
San Francisco, California 94111-4106
Telephone: (415) 981-1400
Facsimile: (415) 777-4961
Email: etredinnick@grmslaw.com

Proposed Attorneys for Jeffry G. Locke, Trustee

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re Ruth Miles Vaccaro,<br><br>Debtor. | Case No.: 05-13649<br><br>Chapter 7<br><br>APPLICATION AND DECLARATION OF EDWARD J. TREDINNICK FOR APPOINTMENT OF COUNSEL FOR CHAPTER 7 TRUSTEE |

To: The Honorable Alan Jaroslovsky, United States Bankruptcy Judge

The application of Jeffry G. Locke (hereinafter "Applicant"), respectfully represents:

1. Applicant is the duly appointed, qualified and acting Trustee in the above-named Chapter 7 case.

2. Applicant is in need of the continuous services of counsel, among other things, to represent him with respect to the liquidation of assets of the estate, the performance of the duties of a trustee as set forth in the Bankruptcy Code, and such other professional services as may be required in this case.

3. Applicant desires to employ for these purposes the law firm of Greene Radovsky Maloney & Share LLP. Said law firm is familiar with cases of this type and is well qualified to represent Applicant in these proceedings. Applicant believes that the employment of said law firm will be in the best interest of the estate, the Debtor and creditors.

APPLICATION AND DECLARATION FOR
APPOINTMENT OF COUNSEL FOR CHAPTER 7 TRUSTEE

1

295309.1

4. Applicant has inquired as to the connections of said law firm and, to the best of Applicant's knowledge, the law firm, its members, employees, and attorneys, do not hold or represent any interest adverse to the estate, are disinterested, have no connection with the Debtor, creditors, any party in interest, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee, except as disclosed in the Declaration of Edward Tredinnick in support of this Application for the appointment of attorneys for the Chapter 7 Trustee, submitted herewith, and that the attorneys of said firm are active members of the California bar.

WHEREFORE, Applicant prays that he be authorized to employ and appoint the law firm of Greene Radovsky Maloney & Share LLP, upon a general retainer, and that he have such further and other order as may be just and proper in the premises.

DATED: November 14, 2005

/s/ Jeffry G. Locke
Jeffry G. Locke, #805
Trustee for the Estate of Ruth Miles Vaccaro, Debtor
Case No. 05-13649

GREENE RADOVSKY
MALONEY & SHARE LLP
FOUR EMBARCADERO
CTR, SUITE 4000
SAN FRANCISCO, CA
94111

295309.1

# DECLARATION OF EDWARD J. TREDINNICK
# IN SUPPORT OF APPLICATION FOR APPOINTMENT
# OF COUNSEL FOR CHAPTER 7 TRUSTEE

I, Edward J. Tredinnick, make this Declaration on behalf of Greene Radovsky Maloney & Share LLP, the firm of attorneys proposed to be employed by the Trustee herein. After making inquiry to the members, attorneys and employees of the firm, I hereby make this declaration:

1. Greene Radovsky Maloney & Share LLP has no connection, to the best of its knowledge, information and belief, with the Debtor, creditors, and any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

2. Said attorneys intend to apply to the Court for reasonable fees, the request to be made based on the normal hourly rates of the attorneys, according to the specific attorneys who will be providing services to the Trustee, but which rates are adjusted from time to time. It is anticipated that the Declarant will provide the necessary legal services to the Trustee for this case. Edward Tredinnick's current billing rate for this matter is $325.00 per hour. All other personnel of the firm will be billed at their normal billing rates.

3. To the best of my knowledge, neither the law firm of Greene Radovsky Maloney & Share LLP, nor any member, associate or employee of Greene Radovsky Maloney & Share LLP represents, holds or asserts any interest adverse to the bankruptcy estate in the matters in which Greene Radovsky Maloney & Share LLP is to be employed by the Trustee. To the best of my knowledge, Greene Radovsky Maloney & Share LLP is a disinterested party as defined by Bankruptcy Code § 101(14).

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct to the best of my knowledge, information and belief, and that this Declaration was executed at San Francisco, California this 14th day of November, 2005.

/s/ Edward J. Tredinnick
Edward J. Tredinnick #84033

GREENE RADOVSKY MALONEY & SHARE LLP
FOUR EMBARCADERO CTR, SUITE 4000
SAN FRANCISCO, CA 94111

APPLICATION AND DECLARATION FOR
APPOINTMENT OF COUNSEL FOR CHAPTER 7 TRUSTEE

3

Case: 05-13649  Doc# 8  Filed: 11/14/05  Entered: 11/14/05 12:30:15  Page 3 of 5

295309.1

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Greene Radovsky Maloney & Share LLP, Four Embarcadero Center, Suite 4000, San Francisco, California 94111. On November 14, 2005, I served the following document(s) by the method indicated below:

1. APPLICATION AND DECLARATION OF EDWARD J. TREDINNICK FOR APPOINTMENT OF COUNSEL FOR CHAPTER 7 TRUSTEE

☐ by transmitting via facsimile on this date from fax number (415) 777-4961 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct 2003(3).

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on November 14, 2005, at San Francisco, California.

/s/ Marlene D. Katz
Marlene D. Katz

APPLICATION AND DECLARATION FOR APPOINTMENT OF COUNSEL FOR CHAPTER 7 TRUSTEE

5

Case: 05-13649    Doc# 8    Filed: 11/14/05    Entered: 11/14/05 12:30:15    Page 5 of 5

GREENE RADOVSKY MALONEY & SHARE LLP
FOUR EMBARCADERO CTR, SUITE 4000
SAN FRANCISCO, CA 94111

295309.1