In re **Ruth Miles Vaccaro**                                    / Debtor      Case No. **05-13649**

(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES
## Amended 1/30/06

### DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**16**___ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: **1/30/2006**              Signature **/s/ Ruth Miles Vaccaro**

                              **Ruth Miles Vaccaro**

In re **_Ruth Miles Vaccaro_** _____ / Debtor     Case No. **_05-13649_** _____

(if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS
## Amended 1/30/06

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column marked "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No: **_0683084230_** <br> **_Creditor # : 1_** <br> **_Washington Mutual_** <br> **_P.O. Box 3139_** <br> **_Milwaukee WI 53201-3139_** | | **_2002_** <br> **_Deed of Trust_** <br><br> Value: **_$ 475,000.00_** | | | | **_$ 367,573.04_** | **_$ 0.00_** |
| Account No: **_8590424408_** <br> **_Creditor # : 2_** <br> **_WFS Financial_** <br> **_P.O. Box 25341_** <br> **_Santa Ana CA 92799-5341_** | | **_2004_** <br> **_Purchase Money Security_** <br><br> Value: **_$ 13,400.00_** | | | | **_$ 11,170.23_** | **_$ 0.00_** |
| Account No: | | <br><br> Value: | | | | | |
| Account No: | | <br><br> Value: | | | | | |

No continuation sheets attached

**Subtotal $**   **_378,743.27_**
(Total of this page)

**Total $**   **_378,743.27_**
(Use only on last page. Report total also on Summary of Schedules)

In re _Ruth Miles Vaccaro_ / Debtor    Case No. _05-13649_

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended 1/30/06

State the name, mailing address, including zip code, and last four digits of any account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: _372766222701001_<br><br>_Creditor # : 1_<br>_American Express_<br>_P.O. Box 0001_<br>_Los Angeles CA 90096-0001_ | | _1987-2005_<br>_Credit Card Purchases_ | | | | _$ 4,130.22_ |
| Account No:<br><br>_Creditor # : 2_<br>_Bank of America_<br>_P.O. Box 53138_<br>_Phoenix AZ 85072-3138_ | | _2005_<br>_Overdraft_ | | | | _$ 300.00_ |
| Account No: _0106502651_<br><br>_Creditor # : 3_<br>_Bank of America_<br>_P.O. Box 53138_<br>_Phoenix AZ 85072-3138_ | | _1987-2005_<br>_Overdraft_ | | | | _$ 1,301.90_ |
| Account No: _0106366050_<br><br>_Creditor # : 4_<br>_Bank of America_<br>_P.O. Box 53137_<br>_Phoenix AZ 85072-3137_ | | _1987-2005_<br>_Overdraft_ | | | | _$ 3,102.59_ |

_3_ continuation sheets attached

Subtotal $ (Total of this page)    _8,834.71_

Total $ (Report total also on Summary of Schedules)

In re _Ruth Miles Vaccaro_ / Debtor    Case No. _05-13649_

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended 1/30/06

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   *0106366050*<br><br>*Representing:*<br>*Bank of America* | | | *NCO Financial Systems, inc.*<br>*1804 Washington Blvd.*<br>*Mailstop 450, Dept 03*<br>*Baltimore MD 21230* | | | | |
| Account No:   *4888-6070-0249-0887*<br>*Creditor # : 5*<br>*Bank of America*<br>*P.O. Box 60069*<br>*City of Industry CA 91716-0069* | | | *1987-2005*<br>*Credit Card Purchases* | | | | *$ 4,872.51* |
| Account No:   *4019-0140-0120-4033*<br>*Creditor # : 6*<br>*Bank of America*<br>*P.O. Box 60069*<br>*City of Industry CA 91716-0069* | | | *1987-2005*<br>*Credit Card Purchases* | | | | *$ 8,807.54* |
| Account No:   *4266-8410-2019-4688*<br>*Creditor # : 7*<br>*Chase*<br>*P.O. Box 94014*<br>*Palantine IL 60094-4014* | | | *2004-2005*<br>*Credit Card Purchases* | | | | *$ 1,943.10* |
| Account No:   *65199*<br>*Creditor # : 8*<br>*Citibank*<br>*P.O. Box 6405*<br>*The Lakes NV 88901-6405* | | | *2004-2005* | | | | *$ 953.33* |
| Account No:   *65199*<br><br>*Representing:*<br>*Citibank* | | | *Williams, Cohen and Gray, Inc.*<br>*8300 Bissonnet, #640*<br>*Houston TX 77074* | | | | |

Sheet No. _1_ of _3_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)    *16,576.48*

Total $ (Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re **Ruth Miles Vaccaro** / Debtor    Case No. **05-13649**

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended 1/30/06

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 9**<br>**Mary Halbert, Esq.**<br>**633 Fifth Ave**<br>**San Rafael CA 94901** | | | **2002-2003**<br>**Legal fees/costs** | | | | **$ 2,300.00** |
| Account No:<br>**Creditor # : 10**<br>**Timothy Harning**<br>**137 Mono**<br>**Fairfax CA 94930** | | | **2/05**<br>**Personal loan** | | | | **$ 5,000.00** |
| Account No:<br>**Creditor # : 11**<br>**Bill Hopkins**<br>**618 Calle Juarez**<br>**San Clemente CA 92673** | | | **2/05-9/05**<br>**Personal loan** | | | | **$ 21,116.00** |
| Account No:<br>**Creditor # : 12**<br>**Jean Hopkins**<br>**46141 Hwy. 74**<br>**Palm Desert CA 92260** | | | **2/05-9/05**<br>**Personal loan** | | | | **$ 20,984.00** |
| Account No: **0005466410302194987**<br>**Creditor # : 13**<br>**HSBC Select Credit**<br>**P.O. Box 80053**<br>**Salinas CA 93912** | | | **2004**<br>**Credit Card Purchases** | | | | **$ 2,401.18** |
| Account No:<br>**Creditor # : 14**<br>**Gertrude West, Esq.**<br>**119 Elm Ave**<br>**Larkspur CA 94939** | | | **9/23/05-10/11/05**<br>**Legal fees/costs** | | | | **$ 7,899.74** |

Sheet No. **2** of **3** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $**<br>(Total of this page) | **59,700.92** |
| **Total $**<br>(Report total also on Summary of Schedules) | |

FORM B6F (12/03) West Group, Rochester, NY

In re _Ruth Miles Vaccaro_ / Debtor       Case No. _05-13649_

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended 1/30/06

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **65199** <br> **Creditor # : 15** <br> **Williams, Cohen and Gray, Inc.** <br> **8300 Bissonnet #640** <br> **Houston TX 77074** | | | **2005** <br> **Legal fees/costs** | | | | **$ 0.00** |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. **3** of **3** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $** <br> (Total of this page) | *0.00* |
| **Total $** <br> (Report total also on Summary of Schedules) | *85,112.11* |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SANTA ROSA DIVISION
## Amended 1/30/06

In re *Ruth Miles Vaccaro*
　　　*aka Ruth Miles Mayo*

Case No. *05-13649*
Chapter *7*

_____ / Debtor

Attorney for Debtor: *Barbara R. McEntyre*

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *1/30/2006* _____

*/s/ Ruth Miles Vaccaro* _____
Debtor

```
American Express
P O  Box 0001
Los Angeles  CA  90096-0001



Bank of America
P O  Box 53137
Phoenix  AZ  85072-3137



Bank of America
P O  Box 60069
City of Industry  CA  91716-0069



Bank of America
P O  Box 53138
Phoenix  AZ  85072-3138



Chase
P O  Box 94014
Palantine  IL  60094-4014



Citibank
P O  Box 6405
The Lakes  NV  88901-6405



Mary Halbert  Esq
633 Fifth Ave
San  Rafael  CA  94901
```

```
Timothy Harning
137 Mono
Fairfax  CA  94930



Bill Hopkins
618 Calle Juarez
San Clemente  CA  92673



Jean Hopkins
46141 Hwy  74
Palm Desert  CA  92260



HSBC Select Credit
P O  Box 80053
Salinas  CA  93912



NCO Financial Systems  inc
1804 Washington Blvd
Mailstop 450  Dept 03
Baltimore  MD  21230



Washington Mutual
P O  Box 3139
Milwaukee  WI  53201-3139



Gertrude West  Esq
119 Elm Ave
Larkspur  CA  94939
```

```
WFS Financial
P O  Box 25341
Santa Ana  CA  92799-5341




Williams  Cohen and Gray  Inc
8300 Bissonnet #640
Houston  TX  77074




Williams  Cohen and Gray  Inc
8300 Bissonnet  #640
Houston  TX  77074
```