Jeffry Locke, Trustee
530 Alameda Del Prado, #396
Novato, CA  94949

Telephone:    (415) 884-2264
Facsimile:    (415) 226-3474

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SANTA ROSA DIVISION**

| | |
|---|---|
| IN RE: | Chapter 7 |
| VACCARO, RUTH | Case No. 05-13649 AJ |
| | **TRUSTEE'S FINAL REPORT** |
| Debtor(s) | |

The undersigned Trustee of the above-entitled estate hereby files this Trustee's Final Report, and declares as follows:

1. <u>INTRODUCTION.</u>  The petition commencing this case was filed on October 12, 2005, the undersigned was appointed Trustee on October 12, 2005, and the 11 U.S.C. § 341(a) meeting was completed on December 2, 2005.  The amount of the Trustee's bond is now Blanket.

2. <u>DISPOSITION OF ASSETS.</u>  All assets of the debtor(s) have been reduced to cash, released to the debtor(s) as exempt property, abandoned pursuant to 11 U.S.C. § 554(a) or (b), or will be abandoned pursuant to § 554(c).  An accounting of the disposition of all property is attached hereto as U.S.T. FORM 1 (Individual Estate Property Record).

3. <u>RECEIPTS AND DISBURSEMENTS.</u>  An itemized statement of the Trustee's receipts and disbursements showing total receipts of $511,102.67, disbursements of $485,700.95 and balance of funds on hand of $25,401.72, is attached hereto as U.S.T. FORM 2 (Estate Cash Receipts and Disbursements Record) together with bank statements and canceled checks, if required by the Court.

4. <u>CLAIMS.</u>  The bar date for the filing of claims has now passed.  All claims filed have been examined and all objections made by the Trustee or others have been determined by the Court or settled by the parties.  To the extent applicable, see attached claims register and attached agreement evidencing such settlement.

5. <u>TRUSTEE'S FEES AND EXPENSES.</u>  Pursuant to 11 U.S.C. §330(a), I am now requesting the total compensation of $8,500.00 and reimbursement of reasonable and necessary expenses incurred in the amount of $42.25 pursuant to my Application of Trustee for Compensation.

    I have previously received $0.00 of the total interim compensation and $0.00 of the above total as interim reimbursement, and now request the additional sum of $8,500.00 as my final compensation and the additional sum of $42.25 as my final reimbursement.

6. PROFESSIONAL(S) FEES AND EXPENSES:

Pursuant to 11 U.S.C. §330(a), the following **Greene Radovsky Maloney & Share** has filed an application for employment approved by the Court and is now requesting total compensation of $5,687.50 and reimbursement of reasonable and necessary expenses incurred in the amount of $44.20 pursuant to his/her fee application.

Greene Radovsky Maloney & Share has previously received $0.00 of the total as interim compensation and $0.00 of the above total as interim reimbursement, and now requests the additional sum of $**5,687.50** as his/her final compensation and the additional sum of $**44.20** as his/her final reimbursement.

Pursuant to 11 U.S.C. §330(a), the following **BACHECKI CROM & CO** has filed an application for employment approved by the Court and is now requesting total compensation of $1,104.00 and reimbursement of reasonable and necessary expenses incurred in the amount of $17.32 pursuant to his/her fee application.

BACHECKI CROM & CO has previously received $0.00 of the total as interim compensation and $0.00 of the above total as interim reimbursement, and now requests the additional sum of $**1,104.00** as his/her final compensation and the additional sum of $**17.32** as his/her final reimbursement.

7. After deduction of the Trustee's request for compensation and reimbursement of reasonable and necessary expenses (or proration thereof), the remaining balance on hand should be disbursed in accordance with 11 U.S.C. §§ 726 and 507 as follows: administrative expenses not previously disbursed, secured claims, unsecured priority claims, and unsecured non-priority claims. Attached as Exhibit A-1 is the Trustee's proposed distribution, which is provided for informational purposes only.

8. I certify that neither I nor any of the professionals listed above had been paid more than declared above or promised any compensation from any other source for services rendered in this case. Pursuant to Rule 2016, no payments have been made or promised to me for compensation in connection with this case and no agreement or understanding exists between me and any other entity for the sharing of compensation received or to be received for services in connection with this case.

I certify under penalty of perjury that the foregoing is true and correct and that I have no agreement or understanding, expressed or implied, with anyone whatsoever as to any division of fees in the above matter.

I request that the United State Trustee approve this report and further request that the Court provide notice and an opportunity for a hearing under 11 U.S.C. §§ 330(a), 502(b), and 503(b) and to thereafter award final compensation, reimbursement of expenses, administrative expenses and other payments as stated in this report.

DATE: June 27, 2006         /s/
                            Jeffry Locke, Trustee, #805

REVIEW BY UNITED STATES TRUSTEE

The United States Trustee has reviewed the foregoing TRUSTEE'S FINAL REPORT.

SARA L. KISTLER
ACTING US TRUSTEE
REGION 17

Date  July 12, 2006         By: _____
                            James A. Turner
                            Bankruptcy Analyst

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 05-13649 AJ  
**Case Name:** VACCARO, RUTH  

**Trustee:** (007750)  Jeffry Locke  
**Filed (f) or Converted (c):** 10/12/05 (f)  
**§341(a) Meeting Date:** 12/02/05  

**Period Ending:** 06/27/06  
**Claims Bar Date:** 04/11/06  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence, 18 Love Ct Fairfield<br>  lien updated from RFS motion 11-15-05. | 475,000.00 | 0.00 | DA | 511,088.49 | FA |
| 2 | Cash | 20.00 | 20.00 | DA | 0.00 | FA |
| 3 | 04. Household Goods | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 4 | 05. Books and Art Objects | 200.00 | 0.00 | DA | 0.00 | FA |
| 5 | 06. Wearing Apparel | 700.00 | 0.00 | DA | 0.00 | FA |
| 6 | 07. Furs and Jewelry | 6,075.00 | 0.00 | DA | 0.00 | FA |
| 7 | 09. Insurance Policies | 0.00 | 0.00 | DA | 0.00 | FA |
| 8 | 11. Pension Plans | 36,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | 00 RX300 Lexus | 13,400.00 | 0.00 | DA | 0.00 | FA |
| 10 | 26. Office Equipment and Furnishings | 450.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 14.18 | Unknown |
| 11 | **Assets**    **Totals**  (Excluding unknown values) | **$534,345.00** | **$20.00** | | **$511,102.67** | **$0.00** |

**Major Activities Affecting Case Closing:**

  Michelle Ghidotti, Miller Clark, counsel for WAMU. 949-851-1110 x 105

Case: 05-13649   Doc# 47   Filed: 07/12/06   Entered: 07/12/06 16:52:58   Page 3 of 8   Printed: 06/27/2006 10:40 AM   V.8.12

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 05-13649 AJ | Trustee: | (007750) | Jeffry Locke |
|---|---|---|---|---|
| Case Name: | VACCARO, RUTH | Filed (f) or Converted (c): | 10/12/05 (f) | |
| | | §341(a) Meeting Date: | 12/02/05 | |
| Period Ending: | 06/27/06 | Claims Bar Date: | 04/11/06 | |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 15, 2006       **Current Projected Date Of Final Report (TFR):** December 15, 2006

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 05-13649 AJ | | Trustee: | Jeffry Locke (007750) |
|---|---|---|---|---|
| Case Name: | VACCARO, RUTH | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****52-65 - Money Market Account |
| Taxpayer ID #: | 13-7510324 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/27/06 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/29/06 | {1} | FATCO | Earnest Money Deposit | 1110-000 | 5,000.00 | | 5,000.00 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0300% | 1270-000 | 0.07 | | 5,000.07 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0300% | 1270-000 | 3.12 | | 5,003.19 |
| 05/11/06 | | FATCO | | | 20,397.54 | | 25,400.73 |
| | {1} | Sales price less released deposit | Sales price less released deposit     506,088.49 | 1110-000 | | | 25,400.73 |
| | | LESS COMMISSIONS PAID AT CLOSING | LESS COMMISSIONS PAID AT CLOSING     -25,500.00 | 3510-000 | | | 25,400.73 |
| | | LESS LIENS PAID AT CLOSING | Less Liens paid from escrow     -393,012.00 | 4110-000 | | | 25,400.73 |
| | | DEBTOR | Debtor     -61,500.00 | 8100-002 | | | 25,400.73 |
| | | LESS CLOSING COSTS PAID FROM E | Less Closing Costs     -678.95 | 2500-000 | | | 25,400.73 |
| | | Less non recurring closing costs | Less non recurring closing costs     -5,000.00 | 2500-000 | | | 25,400.73 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0300% | 1270-000 | 10.99 | | 25,411.72 |
| 06/05/06 | 1001 | POstal Annex | | 2500-000 | | 10.00 | 25,401.72 |

Subtotals :     $25,411.72     $10.00

{} Asset reference(s)

Case: 05-13649    Doc# 47    Filed: 07/12/06    Entered: 07/12/06 16:52:58    Page 5 of 8

Printed: 06/27/2006 10:40 AM     V.8.12

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| Case Number: | 05-13649 AJ |
| Case Name: | VACCARO, RUTH |
| Taxpayer ID #: | 13-7510324 |
| Period Ending: | 06/27/06 |

| | |
|---|---|
| Trustee: | Jeffry Locke (007750) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****52-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 25,411.72 | 10.00 | $25,401.72 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 25,411.72 | 10.00 | |
| | | | Less: Payments to Debtors | | | 61,500.00 | |
| | | | **NET Receipts / Disbursements** | | $25,411.72 | $-61,490.00 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****52-65** | 25,411.72 | -61,490.00 | 25,401.72 |
| | $25,411.72 | $10.00 | $25,401.72 |

{} Asset reference(s)

Case: 05-13649  Doc# 47  Filed: 07/12/06  Entered: 07/12/06 16:52:58  Page 6 of 8

Printed: 06/27/2006 10:40 AM   V.8.12

# Distribution

## Case:  05-13649   VACCARO, RUTH

**Case Balance:** $25,401.72     **Total Proposed Payment:** $25,401.72     **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| LL | LESS LIENS PAID AT CLOSING | Secured | 393,012.00 | 393,012.00 | 393,012.00 | 0.00 | 0.00 | 25,401.72 |
| DEBTOR | DEBTOR | Secured | 61,500.00 | 61,500.00 | 61,500.00 | 0.00 | 0.00 | 25,401.72 |
| **SUBTOTAL FOR   SECURED** | | | **454,512.00** | **454,512.00** | **454,512.00** | **0.00** | **0.00** | |
| | Jeffry Locke | Admin Ch. 7 | 42.25 | 42.25 | 0.00 | 42.25 | 42.25 | 25,359.47 |
| | <2200-00   Trustee Expenses> | | | | | | | |
| | Jeffry Locke | Admin Ch. 7 | 25,729.58 | 8,500.00 | 0.00 | 8,500.00 | 8,500.00 | 16,859.47 |
| | <2100-00   Trustee Compensation> | | | | | | | |
| LC | LESS COMMISSIONS PAID AT CLOSING | Admin Ch. 7 | 25,500.00 | 25,500.00 | 25,500.00 | 0.00 | 0.00 | 16,859.47 |
| | <3510-00   Realtor for Trustee Fees (Real Estate Commissions)> | | | | | | | |
| BCC | BACHECKI CROM & CO | Admin Ch. 7 | 1,104.00 | 1,104.00 | 0.00 | 1,104.00 | 1,104.00 | 15,755.47 |
| | <3410-00   Accountant for Trustee Fees (Other Firm)> | | | | | | | |
| BCE | BACHECKI CROM & CO | Admin Ch. 7 | 17.32 | 17.32 | 0.00 | 17.32 | 17.32 | 15,738.15 |
| | <3420-00   Accountant for Trustee Expenses (Other Firm)> | | | | | | | |
| EDC | Greene Radovsky Maloney & Share | Admin Ch. 7 | 5,687.50 | 5,687.50 | 0.00 | 5,687.50 | 5,687.50 | 10,050.65 |
| | <3210-00   Attorney for Trustee Fees (Other Firm)> | | | | | | | |
| EDE | Greene Radovsky Maloney & Share | Admin Ch. 7 | 44.20 | 44.20 | 0.00 | 44.20 | 44.20 | 10,006.45 |
| | <3220-00   Attorney for Trustee Expenses (Other Firm)> | | | | | | | |
| LCC | LESS CLOSING COSTS PAID FROM E | Admin Ch. 7 | 678.95 | 678.95 | 678.95 | 0.00 | 0.00 | 10,006.45 |
| | <2500-00   Costs Re Sale of Prop. (excl. realtor comm./exp., incl. closing costs, tte adv.)> | | | | | | | |
| NRCC | Less non recurring closing costs | Admin Ch. 7 | 5,000.00 | 5,000.00 | 5,000.00 | 0.00 | 0.00 | 10,006.45 |
| | <2500-00   Costs Re Sale of Prop. (excl. realtor comm./exp., incl. closing costs, tte adv.)> | | | | | | | |
| NOTARY | POstal Annex | Admin Ch. 7 | 10.00 | 10.00 | 10.00 | 0.00 | 0.00 | 10,006.45 |
| | <2500-00   Costs Re Sale of Prop. (excl. realtor comm./exp., incl. closing costs, tte adv.)> | | | | | | | |
| **SUBTOTAL FOR   ADMIN CH. 7** | | | **63,813.80** | **46,584.22** | **31,188.95** | **15,395.27** | **15,395.27** | |
| 6P | Franchise Tax Board | Priority | 1,957.00 | 1,957.00 | 0.00 | 1,957.00 | 1,957.00 | 8,049.45 |
| **SUBTOTAL FOR   PRIORITY** | | | **1,957.00** | **1,957.00** | **0.00** | **1,957.00** | **1,957.00** | |
| 1 | Chase Bank USA, N.A. | Unsecured | 1,943.10 | 1,943.10 | 0.00 | 1,943.10 | 234.49 | 7,814.96 |
| 2 | Bill Hopkins | Unsecured | 25,030.96 | 25,030.96 | 0.00 | 25,030.96 | 3,020.63 | 4,794.33 |
| | **Claim Memo:**   No attachment to claims, per claim, money loaned. Confirmed with petition as creditor but amount higher on claim. | | | | | | | |
| 3 | Jean Hopkins | Unsecured | 30,507.35 | 30,507.35 | 0.00 | 30,507.35 | 3,681.49 | 1,112.84 |
| | **Claim Memo:**   No attachment to claims, per claim, money loaned. Confirmed with petition as creditor but amount higher on claim. | | | | | | | |
| 4 | American Express Travel Related Services Co Inc | Unsecured | 4,610.97 | 0.00 | 0.00 | 0.00 | 0.00 | 1,112.84 |
| | **Claim Memo:**   Amended with claim #7, do not pay this claim, pay #7 only. | | | | | | | |

# Distribution

## Case: 05-13649   VACCARO, RUTH

**Case Balance:** $25,401.72    **Total Proposed Payment:** $25,401.72    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 5 | eCAST Settlement Corporation assignee of | Unsecured | 2,500.24 | 2,500.24 | 0.00 | 2,500.24 | 301.72 | 811.12 |
| 7 | American Express Travel Related Services Co Inc | Unsecured | 4,610.97 | 4,610.97 | 0.00 | 4,610.97 | 556.43 | 254.69 |
| | **Claim Memo:** Amended claim #4, pay this claim only. | | | | | | | |
| 8 | Mary Halbert Esq | Unsecured | 2,110.51 | 2,110.51 | 0.00 | 2,110.51 | 254.69 | 0.00 |
| 6 | Franchise Tax Board | Unsecured | 97.85 | 97.85 | 0.00 | 97.85 | 0.00 | 0.00 |
| **SUBTOTAL FOR** | **UNSECURED** | | 71,411.95 | 66,800.98 | 0.00 | 66,800.98 | 8,049.45 | |
| | **Total for Case 05-13649 :** | | $591,694.75 | $569,854.20 | $485,700.95 | $84,153.25 | $25,401.72 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $63,813.80 | $46,584.22 | $31,188.95 | $15,395.27 | 100.000000% |
| **Total Priority Claims :** | $1,957.00 | $1,957.00 | $0.00 | $1,957.00 | 100.000000% |
| **Total Secured Claims :** | $454,512.00 | $454,512.00 | $454,512.00 | $0.00 | 100.000000% |
| **Total Unsecured Claims :** | $71,411.95 | $66,800.98 | $0.00 | $8,049.45 | 12.049898% |